**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEC CORPORATION<br><br>*Plaintiff*,<br><br>v.<br><br>ANKER INNOVATIONS TECHNOLOGY CO., LTD., *et al*<br><br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00720-JRG |

**MIINUTES FOR PRETRIAL CONFERENCE**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**August 27, 2026**

**OPEN: 08:59 AM** **ADJOURN: 04:50 PM**

ATTORNEYS FOR PLAINTIFF: See attached

ATTORNEYS FOR DEFENDANTS: See attached

LAW CLERKS: Kevin Stewart
Kama Woodall
Christine Akagi

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:59 AM | Court opened. |
| 09:00 AM | Court called for announcements from counsel. |
| 09:01 AM | Court provided instructions and housekeeping matters to the parties. Case is currently set for jury selection and trial to begin September 11, 2026; however, case to be reset for either October or November terms of Court. Trial will follow empanelment of jury. Eight jurors will be selected. Peremptory strikes: Four per side. *Voir dire:* 30 minutes per side. Trial time: 10 hours per side. Opening statements: 30 minutes per side. Closing arguments: 40 minutes per side. Court expects counsel to actively engage in the meet and confer process during the course of the trial. Court to be notified by 10:00 PM each |

| TIME | MINUTE ENTRY |
|---|---|
| | evening of unresolved disputes/objections. Three (3) jointly prepared three-ring binders with disputed matters to be delivered to the Court by 7:00 AM the following morning. The Court will be available in chambers by 7:30 AM every morning to take up any housekeeping matters or late-arriving disputes. Deposition-clip objections and/or disputes are to be taken up by the Court the day before the day such designation is to be used. Deposition clips should be accompanied by closed-captioning. It is the Court's intention to bring in the jury every morning at 8:30 AM. Rule 50(a) motions will be heard by the Court after all the evidence is in and Plaintiff rests any rebuttal case. Thereafter, Court will hold an informal charge conference (off the record) followed by formal charge conference (on the record). Court reminded counsel not to refer to individuals by their first names, and to advise their respective witnesses re: same. Court instructed counsel to refer to the Court's Standing Order re: the sealing of the courtroom re: confidential or highly sensitive testimony. Court instructed the parties to follow the instructions from Deputy Clerk in Charge, Ms. Nicole Cadenhead, re: receipt, review and return of the Juror Questionnaires. Court instructed the parties to refer to the Court's Standing Order re: number and use of pre-admitted exhibits. Parties to be prepared each morning of trial to read into the record exhibits used prior day. Prior to trial, parties instructed to file with the Court a Motion to Appoint re: utilization of interpreter. Twelve juror notebooks to be delivered to Chambers no later than 12:00 PM noon one week before jury selection. Notebooks to contain: (1) Complete copies of each patent-in-suit (single-sided); (2) Claim construction chart (single-sided); (3) Page for each witness with a recent head and shoulder photograph, name and ruled lines for notetaking; (4) Three-hole punch notepad for further notes; and (5) a non-clicking pen. Each witness page should be tabbed for easy navigation. Parties to also provide three-ring binders to the Court containing printed copies of each expert report (single-sided without exhibits). Also, a digital copy to be furnished to the Court. Both printed and digital expert reports to be delivered to the Court by 12:00 PM noon one week before jury selection. |
| 09:27 AM | Court proceeded with hearing argument re: the following disputed dispositive motions: |
| 09:27 AM | • [SEALED] Defendants' Motion for Summary Judgment of No Infringement of the '526 Patent (Dkt. No. 113). |
| 09:28 AM | Argument presented (in order of appearance):<br>• Mr. John Augelli (Defendants)<br>• Mr. Tariq Javed (Plaintiff) |
| 09:50 AM | Court DENIED Dkt. No. 113. |
| 09:50 AM | Court heard argument re:<br>• [SEALED] Defendants' Motion for Summary Judgment of No Infringement on the '635 Patent (Dkt. No. 114). |
| 09:51 AM | Argument presented (in order of appearance):<br>• Mr. Chris Higgins (Defendants)<br>• Mr. Séké Godo (Plaintiff) |
| 10:43 AM | Recess. |
| 10:59 AM | Court reconvened. |
| 10:59 AM | Court DENIED Dkt. No. 114 in its entirety. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:00 AM | Without hearing argument, Court will rest upon the papers re:<br>• [SEALED] Defendants' Motion for Summary Judgment of No Pre-Suit Willful or Indirect Infringement, No Post-Suit Willful Infringement and No Infringement of the '995 and '240 Patents (Dkt. No. 116). |
| 11:03 AM | Court heard concurrent argument re:<br>• [SEALED] Defendants' Motion to Strike and Exclude Expert Opinions of Dr. Madisetti (Dkt. No. 121); and,<br>• [SEALED] Defendants' Motion to Strike Plaintiffs' Amended Infringement Contentions Pursuant to L.P.R. 3-6(A) (Dkt. No. 215). |
| 11:04 AM | Argument presented (in order of appearance):<br>• Ms. Rose Sun (Defendants)<br>• Mr. Eric Findlay (Defendants)<br>• Mr. Saqib Siddiqui (Plaintiff) |
| 11:30 AM | **Courtroom sealed**. |
| 11:32 AM | **Courtroom unsealed**. |
| 11:43 AM | Court made rulings as set forth in the record re: Dkt. Nos. 121 and 215. |
| 11:51 AM | Court's ruling included:<br>• [SEALED] Defendants' Motion to Exclude Expert Opinions of Jim W. Bergman (Dkt. No. 117); and<br>• [SEALED] Defendants' Motion for Summary Judgment of No Infringement on the '467 Patent (Dkt. No. 118). |
| 11:52 AM | Court heard concurrent argument re:<br>• [SEALED] Defendants' Motion for Summary Judgment of No Infringement on the '814 Patent (Dkt No. 120); and,<br>• [SEALED] Defendants' Supplemental Motions for Summary Judgment of No Infringement on the '814 Patent, Motion to Exclude the Supplemental Expert Report of Dr. Madisetti and Further Briefing in Support of Defendants' Pending Motions to Exclude Opinions of Dr. Madisetti and Mr. Bergman (Dkt. No. 216). |
| 11:53 AM | Argument presented (in order of appearance):<br>• Mr. Vann Pearce (Defendants)<br>• Ms. So Ra Ko (Plaintiff) |
| 12:19 PM | **Courtroom sealed**. |
| 12:37 PM | **Courtroom unsealed**. |
| 12:39 PM | Court DENIED both Dkt. Nos. 120 and 216. |
| 12:41 PM | Court requested update re: recent mediation proceedings. |
| 12:42 PM | Recess for lunch. |
| 01:27 PM | Court reconvened. |
| 01:27 PM | Court DENIED Dkt. No. 116. |
| 01:28 PM | Court heard argument re:<br>• [SEALED] Defendants' Motion to Strike and Exclude Expert Opinions of Dr. Weissman (Dkt. No. 115). |
| 01:31 PM | Argument presented (in order of appearance):<br>• Mr. Chris Higgins (Defendants)<br>• Ms. Courtney Krawice |

| TIME | MINUTE ENTRY |
| --- | --- |
| 02:10 PM | Court made rulings as set forth in the record re: Dkt. No. 115. |
| 02:13 PM | Court heard argument re:<br>• [SEALED] Plaintiff's Motion to Strike and Exclude Mr. de la Iglesia's Untimely Claim Construction Positions and Opinions Relating to Proposed Non-Infringing Alternatives (Dkt. No. 119). |
| 02:13 PM | Argument presented (in order of appearance):<br>• Mr. Saqib Siddiqui (Plaintiff)<br>• Mr. Chris Higgins (Defendants)<br>• Mr. Vann Pearce (Defendants) |
| 02:39 PM | Court made rulings as set forth in the record re: Dkt. No. 119. |
| 02:42 PM | Conclusion of argument re: dispositive motions. |
| 02:42 PM | Disputed MILS: |
| 02:43 PM | No argument presented and Court made rulings as set forth in the record. |
| 02:47 PM | Conclusion re: MIL disputes. |
| 02:47 PM | Court to recess and directed counsel to meet and confer re: narrowing of exhibit disputes. |
| 02:49 PM | Recess. |
| 04:08 PM | Court reconvened. |
| 04:09 PM | Update provided to the Court re: meet and confer efforts re: narrowing of exhibit disputes. |
| 04:13 PM | Pre-admission of exhibits: |
| 04:13 PM | Court began hearing argument re: disputed and unresolved exhibit disputes and made rulings as set forth in the record. |
| 04:49 PM | Conclusion of argument re: exhibit disputes. |
| 04:50 PM | Completion of pretrial process. |
| 04:50 PM | Court adjourned. |