**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEC CORPORATION,<br>*Plaintiff*,<br>v.<br>ANKER INNOVATIONS TECHNOLOGY CO., LTD. *and* ANKER INNOVATIONS LTD. D/B/A EUFY,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00720-JRG |

**ORDER**

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. Paul's invoice for services through June 22, 2026, in the amount of $14,566.00 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $7,283.00 |
| Defendants: | $7,283.00 |

**SIGNED this 28th day of August, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE