**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEC CORPORATION<br><br>v.<br><br>ANKER INNOVATIONS TECHNOLOGY CO., LTD., *et al* | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:24-cv-00720-JRG |

**<u>ORDER TO PURCHASE JURY MEALS</u>**

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 23rd day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE