**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEC CORPORATION,<br>*Plaintiff*,<br>v.<br>ANKER INNOVATIONS TECHNOLOGY CO., LTD. *and* ANKER INNOVATIONS LTD. D/B/A EUFY,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00720-JRG |

**ORDER**

Before the Court is the Claim Construction Order of Magistrate Judge Payne filed June 26, 2026 (Dkt. No. 157). Plaintiff and Defendants have objected to the Order (Dkt. Nos. 174, 186).

After considering the reasoning provided in the Order, the underlying claim construction briefing, the parties' objections, and the related responses (Dkt. Nos. 207, 208), the Court agrees with the conclusions reached within the Order and finds the parties' arguments within their Objections unpersuasive. Accordingly, the Court **OVERRULES** Plaintiff's and Defendants' Objections and **ADOPTS** the Claim Construction Order.

**So Ordered this**

**Nov 4, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE