2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| NEC CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ANKER INNOVATIONS TECHNOLOGY CO., LTD. and ANKER INNOVATIONS LTD. (d/b/a "eufy"),<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00720-JRG |

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Court's Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**NEC**" refers to Plaintiff NEC Corporation
- "**Defendants**" or "**Anker**" refers collectively to Defendants Anker Innovations Technology Co., Ltd. and Anker Innovations Ltd. (d/b/a "eufy").
- The "**'467 Patent**" refers to U.S. Patent No. 10,037,467.
- The "**'635 Patent**" refers to U.S. Patent No. 10,999,635.
- The "**'526 Patent**" refers to U.S. Patent No. 11,210,526.
- The "**Asserted Claims**" refer collectively to Claims 1 and 2 of the '467 Patent; Claim 5 of the '635 Patent; and Claim 1 of the '526 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.**

**READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.**

## QUESTION NO. 1

Did NEC prove, by a preponderance of the evidence, that Anker has **infringed** the Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

### Question No. 1A: The '467 Patent

| | | |
|---|---|---|
| Claim 1 | Yes: ✓ | No: ______ |
| Claim 2 | Yes: ✓ | No: ______ |

### Question No. 1B: The '635 Patent

| | | |
|---|---|---|
| Claim 5 | Yes: ✓ | No: ______ |

### Question No. 1C: The '526 Patent

| | | |
|---|---|---|
| Claim 1 | Yes: ✓ | No: ______ |

**IF YOU ANSWERED "NO" TO EACH PART OF QUESTION NO. 1, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**ANSWER QUESTION NO. 2A AS TO CLAIM 1 OF THE '467 PATENT <u>ONLY IF</u> YOU ANSWERED "YES" IN QUESTION NO. 1A AS TO THAT SAME CLAIM.**

**ANSWER QUESTION NO. 2A AS TO CLAIM 2 OF THE '467 PATENT <u>ONLY IF</u> YOU ANSWERED "YES" IN QUESTION NO. 1A AS TO THAT SAME CLAIM.**

**ANSWER QUESTION NO. 2B <u>ONLY IF</u> YOU ANSWERED "YES" TO QUESTION NO. 1B.**

**ANSWER QUESTION NO. 2C <u>ONLY IF</u> YOU ANSWERED "YES" TO QUESTION NO. 1C.**

**QUESTION NO. 2**

Did Anker prove, by clear and convincing evidence, that the Asserted Claims of the following patents are **invalid**?

**Question No. 2A: The '467 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ________ | No: ✓ |
| Claim 2 | Yes: ________ | No: ✓ |

**Question No. 2B: The '635 Patent**

| | | |
|---|---|---|
| Claim 5 | Yes: ________ | No: ✓ |

**Question No. 2C: The '526 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ________ | No: ✓ |

**ANSWER QUESTION NO. 3 ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1C.**

**OTHERWISE, DO NOT ANSWER QUESTION NO. 3, AND IN THAT CASE PROCEED DIRECTLY TO QUESTION NO. 4.**

## QUESTION NO. 3

Has Anker proven by clear and convincing evidence that the claim elements of Claim 1 of the ’526 Patent, after removing the abstract idea of labeling data to train a machine learning model, when considered individually or as an ordered combination, are well-understood, routine, and conventional to a person having ordinary skill in the art?

Yes: ✓ No: ____________

**ANSWER QUESTION NO. 4A <u>ONLY IF</u> YOU ANSWERED "YES" TO AT LEAST ONE CLAIM IN QUESTION NO. 1A <u>AND</u> "NO" TO QUESTION NO. 2A FOR THAT SAME CLAIM.**

**ANSWER QUESTION NO. 4B <u>ONLY IF</u> YOU ANSWERED "YES" TO QUESTION NO. 1B <u>AND</u> "NO" TO QUESTION NO. 2B.**

**ANSWER QUESTION NO. 4C <u>ONLY IF</u> YOU ANSWERED "YES" TO QUESTION NO. 1C, "NO" TO QUESTION NO. 2C, <u>AND</u> "NO" TO QUESTION NO. 3.**

**OTHERWISE, AND IF THE ABOVE DO NOT APPLY, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**QUESTION NO. 4A-D:**

What sum of money, if paid now in cash, do you find that NEC has proven by a preponderance of the evidence that would fairly compensate NEC for Anker's infringement which you have found? Answer in United States Dollars and Cents for each Asserted Patent, pursuant to the instructions below.

**Question No. 4A: The '467 Patent** $ 14,603,700

**Question No. 4B: The '635 Patent** $ 5,510,700

**Question No. 4C: The '526 Patent** $ ______

**Question No. 4D:**

Is the total amount of the reasonable royalty damages that you awarded in Question Nos. 4A–C a Running Royalty or a Lump-Sum Royalty?

✓ Running Royalty

____ Lump-Sum Royalty

**PROCEED TO QUESTION NO. 5.**

## QUESTION NO. 5

Has NEC proven, by a preponderance of the evidence, that Anker's **infringement** of any of the Asserted Claims was **willful**?

Yes: ________ OR No: ✓

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __12__ day of November, 2026.

____________________________________

**Jury Foreperson**